# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK E. WOOLLEY,** | : | |
|     **Plaintiff** | : | **No. 1:20-cv-01887** |
| | : | |
|     v. | : | **(Judge Kane)** |
| | : | |
| **MICHAEL GROFT,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 16th day of February 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant Michael Groft ("Defendant")'s motion to dismiss (Doc. No. 9) is **GRANTED** as follows:

1. Plaintiff Mark E. Woolley ("Plaintiff")'s claims relating to demand notes executed in 2008 and 2009 (Counts I, III, IV, and V) are **DISMISSED WITH PREJUDICE** as untimely; and

2. Defendant shall file an answer to Plaintiff's remaining claims within fourteen (14) days of the date of this Order.

                                                                                                         s/ Yvette Kane
                                                                                                          Yvette Kane, District Judge
                                                                                                          United States District Court
                                                                                                          Middle District of Pennsylvania