IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK E. WOOLLEY,** : | | |
|     Plaintiff | : | No. 1:20-cv-01887 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **MICHAEL GROFT,** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 22nd day of April 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff Mark E. Woolley ("Plaintiff")'s "Motion for Reconsideration and for leave to File an Amended Complaint" (Doc. No. 21) is **GRANTED** as follows:

1. The Court's Order of February 16, 2021 (Doc. No. 19) is **VACATED** insofar as it deems the dismissal Plaintiff's claims at Counts I, III, IV, and V of the complaint (Doc. No. 1) to be with prejudice;

2. Plaintiff's request for leave to file an amended complaint is **GRANTED**; and

3. Plaintiff's proposed amended complaint (Doc. No. 21-1) is **DEEMED FILED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
